Civil Court of the City of New York
County of Queens Part _____

Index Number: CV-015865-08/QU

DISCOVER BANK
          -against-
JAMES B GARTLY AKA JAMES DARCEY

**ORDER TO SHOW CAUSE**

To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this defendant,
allow answer of dismissing the action

**UPON** the annexed affidavit of JAMES B GARTLY, sworn to on March 31, 2017, and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:

**Queens Civil Court**
**89-17 Sutphin Boulevard**
**Jamaica, NY 11435**
Part 34C   Room 102
on 4-12-17   at 9:30 AM

or as soon thereafter as counsel may be heard, why an order should not be made:

1. restoring the case to the calendar
2. vacating the Judgment, and all liens, income executions and restraining notices,
3. accepting the proposed answer as filed or allowing defendant to file an answer and/or
4. dismissing the action if warranted, and/or
5. granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let ALL proceedings on the part of the Plaintiff(s), Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed (stopped).

Check only if applicable:
☑PLAINTIFF shall provide a copy of the summons and complaint and affidavit of service to the defendant on the return date of this Order to Show Cause.
SERVICE of a copy of this Order to Show Cause, and attached Affidavit in Support, shall be made on the (check all that apply):

| ☑Claimant(s)/Plaintiff(s) or named attorney(s) | ☑ Sheriff or Marshal |
|---|---|
| ☐ by Personal Service by " In Hand Delivery" <br> ☐ by Certified Mail, Return Receipt Requested <br> ☑ by First Class Mail with official Post Office Certificate of Mailing | ☐ by Personal Service by " In Hand Delivery" <br> ☐ by Certified Mail, Return Receipt Requested <br> ☑ by First Class Mail with official Post Office Certificate of Mailing |

on or before ____4-4-17____ , shall be deemed good and sufficient service.

**PROOF OF SUCH SERVICE** must be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

Mail to Attorney or party:
Selip & Stylianou, LLP (Counsel for Pltf), at 199 Crossways Park Drive, Woodbury, NY 11797

Sheriff/Marshal:
Marshal of the City of New York
Moses, Ronald, Marshal
111 John Street
Suite 500
New York, NY 10038-3101

March 31, 2017
_____
DATE

_____, Civil Court Judge (NYC)
HON. TERRENCE C. O'CONNOR

UCS-CC-2

Civil Court of the City of New York, County of Queens      Index # **CV-015865-08/QU**

| | |
|---|---|
| DISCOVER BANK<br>    -against-<br>JAMES B GARTLY AKA JAMES DARCEY | Affidavit in support of an order to show cause To Vacate a Default Judgment for failure to appear and answer and to file an answer or dismiss the case |

State of New York, County of Queens:

**JAMES B GARTLY**, being duly sworn, deposes and says(check all statements that apply to you):

**1. PARTY**

☑ a) I am the party named as defendant in the above titled action

**2. SERVICE**

☐ a) I **was not** served in the right way as required by the law with a summons and complaint in this action.

☑ b) I **was not** served a summons and complaint, and my first notice of legal action was
○ a notice from the Clerk's Office.
○ a notice of Default Judgment mailed to me.
○ a Restraining Notice on my bank account.
○ a copy of an Income Execution.
○ Other: _____

☐ c) I have read the Affidavit of Service, and I disagree with it because: _____

☑ d) I requested the Affidavit of Service from the court, but it was not available.

**3. EXCUSABLE DEFAULT** (You must tell the Judge the reason(s) why you did not come to court to answer.)
**I did not** come to court and answer in the Clerk's Office because (check all that apply):

☐ I was sick.
☐ I am disabled.
☐ I had an illness in my family.
☐ I had a death in the family.
☐ I was out of town.
☑ I did not receive the court papers.
☐ I received the court papers too late.
☐ The plaintiff told me not to worry about the case or not to answer.
☐ I was on military duty.
☐ Other: _____

Prepared with the assistance of a volunteer
at
CLARO - Queens
a part of the
Queens Volunteer Lawyers Project

**4. DEFENSES** ( You must tell the Judge the reason(s) why you should not have to pay the money the plaintiff is suing for. Look at the Defense Information Worksheet [see UCS-CC-4] to see what defenses you may have and write them here.)

I have a good defense because:
*I dispute the amount of the debt; I have paid part of the alleged debt, unjust enrichment, laches, I was not served with a copy of the summons & complaint*

**5. PRIOR APPLICATION**

☑ a) I **have not** had an Order to Show Cause before in this case.

☐ b) I **have** had an Order to Show Cause before in this case, but an making another application because: _____

**6. RELIEF REQUESTED (check all that apply)**

☑ I request that the Default Judgment is vacated.
☑ I request that I be allowed to file an answer.
☑ I request permission to serve these papers.
☑ I request that the case is dismissed.

Sworn to before me this day March 31, 2017

_____
Notary Public or Court Employee with title

(Sign Name) _____
JAMES B GARTLY
291 e 7th st apt 2
Brooklyn, NY 11218

UCS-CC-3

SS{Court:CorrespondenceName}
County of Queens

Index No. CV-015865-08/QU

DISCOVER BANK
       -against-
JAMES B GARTLY AKA JAMES DARCEY

**WRITTEN ANSWER**
**CONSUMER CREDIT TRANSACTION**

**ANSWER: (Check all that apply)**

1. ☐ General Denial: I deny the allegations in the complaint

**SERVICE**

2. ☑ I did not receive a copy of the summons and complaint

3. ☐ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4. ☐ I do not owe this debt

5. ☐ It is not my debt. I am the victim of identity theft or mistaken identity.

6. ☑ I have paid all or part of the alleged debt.

7. ☑ I dispute the amount of the debt.

8. ☐ I had no business dealings with Plaintiff. ( Plaintiff lacks standing.)

9. ☐ There is no record of plaintiff having a license to collect debt (only for cases filed in New York City, Buffalo and other municipalities requiring debt collectors to be licensed).

10. ☐ Plaintiff does not allege a debt collector's license number in the Complaint(only for cases filed in New York City, Buffalo and other municipalities requiring debt collectors to be licensed).

11. ☐ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12. ☐ The debt has been discharged in bankruptcy.

13. ☐ The collateral (property) was not sold at a commercially reasonable price.

14. ☐ Failure to provide proper notice before selling collateral (property).

15. ☐ Failure to mitigate damages(Plaintiff did not take reasonable steps to limit damages)

16. ☑ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

17. ☐ Violation of the duty of good faith and fair dealing.

18. ☐ Unconscionability (the contract is unfair.)

19. ☑ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

20-a. ☐ **OUTSIDE OF NEW YORK CITY ONLY:** Lack of personal jurisdiction under Uniform City Court Act 213(applies if you do not work in the city where the case was filed and you are not a resident of that city or (for all counties except Westchester and Nassau counties) you are not a resident of a two next to that city within the same county).

20-b. ☐ **SUFFOLK COUNTY:** Lack of personal jurisdiction; the defendant is not a resident and/or was not served in, or there was no transaction of business in, that portion of Suffolk County for which a District Court has been established (Towns of Huntington, Babylon, Islip, Smithtown and Brookhaven).

21. ☐ Defendant is in the military.

**OTHER**

22. ☐ Other reasons _____

23. ☐ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM(S)**

24. ☐ Counterclaim(s):$ _____ Reason: _____

Prepared with the assistance of a volunteer
at
CLARO - Queens
a part of the
Queens Volunteer Lawyers Project

**VERIFICATION**

State of New York, County of Queens ss:

**JAMES B GARTLY**,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Sworn to before me this 31 day of March 20 17

_____    _____
Notary Public /Court Employee and Title    Defendant

This case is scheduled to appear on the court calendar as follows:

Date: _____ Part: _____ Room: _____ Time: _____ Both sides notified: O Yes O No

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: JAMES B GARTLY
291 E 7th ST, APT 2
BROOKLYN, NY 11218

To: MARSHAL OF THE CITY OF NEW YORK
MOSES, RONALD, MARSHAL
111 JOHN ST, SUITE 500
NEW YORK, NY 10038-3101

PS Form **3817**, April 2007  PSN 7530-02-000-9065



U.S. POSTAGE
PAID
BROOKLYN, NY
11218
APR 03, 17
AMOUNT
$1.35
R2305H127727-17

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: JAMES B GARTLY
291 E 7th ST, APT 2
BROOKLYN, NY 11218

To: SELIP & STYLIANOU, LLP
199 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
BROOKLYN, NY
11218
APR 03, 17
AMOUNT
$1.35
R2305H127727-17

KENSINGTON
419 MCDONALD AVE
BROOKLYN
NY
11218-9997
3508010325
(800)275-8777    2:55 PM
04/03/2017

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter (Domestic) (NEW YORK, NY 10038) (Weight:0 Lb 0.50 Oz) (Expected Delivery Day) (Wednesday 04/05/2017) | 1 | $0.49 |
| First-Class Mail Letter (Domestic) (WOODBURY, NY 11797) (Weight:0 Lb 0.50 Oz) (Expected Delivery Day) (Wednesday 04/05/2017) | 1 | $0.49 |
| CTOM - Individual - Domestic | 2 | $2.70 |
| | | $3.68 |
| Total | | $3.68 |

Credit Card Remitd
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX8091)
    (Approval #:015514)
    (Transaction #:377)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clickrnship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*************************************
Get your mail when and where you wa
it with a secure Post Office Box. Si
up for a box online at
usps.com/poboxes.
*************************************

All sales final on stamps and p
Refunds for guaranteed services
      Thank you for your busines

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECEN
    POSTAL EXPERIENCE

Go to:
https://postalexperience.c

840-5110-0063-002-00008-1

or scan this code wi
your mobile device

