New York City
Civil _____ **COURT**   **COUNTY OF** Queens   **Part:** 34C

Discover Bank _____
                                    **Plaintiff(s)**

-against-

James B. Gartly _____
aka James Dorcey   **Defendant(s)**

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT
OF ORDER TO SHOW CAUSE**

**Index Number:** CV-015865-08/QU

I, James B. Gartly, being duly sworn, hereby deposes and says:
        (Your Name)

1. I am the defendant in this matter, and I am familiar with the facts that are contained in this affidavit.

2. I have filed an Order to Show Cause to vacate a default judgment, which is now before the Court. When I filed the Order to Show Cause, the file was unavailable, and I was unable to review the file including the affidavit of service.

3. I have now reviewed the file and the affidavit of service, and I would like to supplement my affidavit in support of the Order to Show Cause with additional information concerning why I believe service upon me was not good and why the case should be dismissed.

4. I believe service upon me was not good for the following reasons: (Check off all that apply and add any further information on the lines at the end of this affidavit.)

**Personal Delivery**

☐ I am not the person that is described in the affidavit of service.
☐ I did not live or work at that address on the date the process server says I was served.
☐ The papers were never handed to me by anyone.
☐ Other (Explain below)

**Substituted Service**

☐ I did not live or work at that address on the date the process server says the papers were served.
☐ The person served does not live with me.
☐ The person served does not work for me in my home.
☐ The person served does not work with me.
☐ The person served was too young to accept legal papers. (Explain below)
☐ The person served was not suitable because he/or she was not able to understand the importance of legal papers. (Explain below)
☐ The person served was not suitable for other reasons. (Explain below)
☐ The mailing of the papers was not done exactly as required by the law. (Explain below)
☐ The filing of the affidavit of service in Court was not done exactly as required by the law. (Explain below)
☐ Other (Explain below)

**Conspicuous Service**

☑ I did not live or work at that address on the date the process server says the papers were served. (Explain below)
☐ The papers were not taped or otherwise stuck on my door.
☐ The process server's attempts to make service before the papers were put on my door were not exactly as required by law. (Explain below)
☐ The mailing of the papers was not done exactly as required by the law. (Explain below)
☐ The filing of the affidavit of service in Court was not done exactly as required by law. (Explain below)
☐ Other (Explain below)

③

UCS-CC-5 Page 1 of 2 *(April, 2015)*

**EXPLANATION**

Explain your answers below.  You may use additional pages. You may also give the Court any other written proof of your answers along with this affidavit.

I supplement my affidavit and order to show cause to request that the judgment be vacated for lack of personal jurisdiction. My affidavit says I was not served and did not recieve my court papers. I requested copies of the summons and complaint and affidavit of service, and requested copies from the court on 3-31-17. My first time seeing the affidavit of service was when it was attached to the opposition papers. I do not live at that address and did not live there at the time of service. I only lived at that address for less than a year in 2003 and did not know my neighbors. see my attached

Signature                                    4/12/17  Date

Sworn to before me on the 12th day of April, 2017.

GINA M. CALABRESE
Notary Public, State of New York
No. 02C-A6034906
Qualified in Nassau County
Commission Expires Dec. 20, 20__
1/31/18

Notary Public or Court Clerk

DMV records showing my address, + tax return from 2007-8

I was not served with a copy of the the judgment and notice of entry. All mailings attached to Plaintiff's papers were mailed to the Astoria address, where I did not live, and had not lived since 2003. (See attached DMV Records.).
(and tax return from 2007-08 showing my address at the time of service.)

New York State DMV - COMPASS 🔲

Requestor: DR     Date: 04/06/2017 14:12:47

## SEARCH CRITERIA

Client ID: ███████     Options: Full Record

# LICENSE SYSTEM

Client ID: 240447480
Name: GARTLY, JAMES, B
Address: 291 E 7TH ST # 2
BROOKLYN, NY 11218-3313

MI: G01660 15347 416131-79
DOB: 09/23/1979
Resident County: KINGS
Mailing County: KINGS

Gender: MALE
Eye Color: HAZ
Height: 5-07

Non-Domiciled/Temp Visitor: NO
SSN Last 4: ███████

Military: NO

Verified: 03/29/2005

Bad Check: NO

Verif Type: SSN
VERIFIED

Organ Donor: NO

Veteran: NO

Driving Restrictions: NONE

## SUMMARY

*** NON-DRIVER ID ***

Expiration: 09/23/2021
Privilege: NONE
Status: NONE

Comm Privilege: NONE
Comm Status: NONE
19A Status: NOT APPLICABLE

Last Doc Issued: *ID*

Issued: 10/14/2014
Type:

Mailed: 10/21/2014

## CURRENT LICENSE

Lic Class: *ID*
Endorsements: NONE
Batch: 3050700242

Expires: 09/23/2021

Batch Date: 05/07/2013     Terminal Num: 242

ID Issued: YES

Driver ReHab: NO
Permit Privilege: NO

Unvalidated Original: NO
Duplicate: NO

## CURRENT NON-DRIVER ID

Issued: 05/07/2013
Batch: 3050700242

Expires: 09/23/2021

Batch Date: 05/07/2013

Terminal Num: 242

## DOCUMENT

Class: I
Issue Date: 10/14/2014
Doc Name: GARTLY
JAMES, B

Type: NON-DRIVER ID (STATE ID)
Mail Date: 10/21/2014

Expiration: 09/23/2021

Doc Status: PRODUCED AND MAILED

User:     Office:     System: TPSL     Trans: LDP

## CLASSES

Class: I
Effective: 03/29/2005
User: SYOUNG1

Cycle: 09/23/2013
Office: PPZ     Terminal: 242

Post Date: 05/07/2013
Expiration: 09/23/2021
System: TPSL     Trans: LRN

Class: I
Effective: 03/29/2005
User: CONVERSION-JUNE 2008

Cycle: 03/29/2005
Office: ***     Terminal: ****

Post Date: 03/29/2005
Expiration: 09/23/2013
System: ****     Trans: ****

## ACTIVITY (4)

| Activity Type | Date | Office | Additional Info | | Batch |
|---|---|---|---|---|---|

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

EXECUTIVE DEPUTY COMMISSIONER OF MOTOR VEHICLES
4/6/2017

ABS-2 (7/15)

| | | | | |
|---|---|---|---|---|
| Image Capture | 03/29/2005 | | Image:KEPT | |
| Voter Reg **NOT** Req | 05/07/2013 | 242 | | Q:3050700242 |
| Duplicate | 10/14/2014 | CDA | T Code:02 | D:4101402CDA |
| Voter Reg **NOT** Req | 10/14/2014 | CDA | | Q:4101400CDA |

## ADDRESS

Posted:10/14/2014
Address:291 E 7TH ST # 2
    BROOKLYN, NY 11218-3313
Country:US
User Id:WADCUSER        Office Code:WEB

Archived:
   Type:MAILING
   County:KINGS
   Status:PASSED VALIDATION
   Source:WEB

Posted:12/23/2009
Address:515 W 170TH ST APT 5
    NEW YORK, NY 10032-3639
Country:US
User Id:SWI        Office Code:PPZ

Archived:10/14/2014
   Type:MAILING
   County:NEW YORK
   Status:PASSED VALIDATION
   Source:LICENSE TP

Posted:07/15/2008
Address:2914 JEROME AVE APT 5DN
    BRONX, NY 10468-1662
Country:US
User Id:WBA        Office Code:PPZ

Archived:12/23/2009
   Type:MAILING
   County:BRONX
   Status:PASSED VALIDATION
   Source:LICENSE TP

Posted:03/29/2005
Address:316 BOND ST APT 1
    BROOKLYN, NY 11231-5043
Country:US
User Id:DHI        Office Code:NYC

Archived:07/15/2008
   Type:MAILING
   County:KINGS
   Status:PASSED VALIDATION
   Source:LICENSE TP

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.



EXECUTIVE DEPUTY COMMISSIONER OF MOTOR VEHICLES

4/6/201'

ABS-2 (7/15)

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 2007

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning _____, 2007, ending _____, 20___   OMB No. 1545-0074

**Label** (Use the IRS label. Otherwise, please print or type.)

Your first name and initial: JAMES B   Last name: GARTLY, JR   Your social security number: ▓▓▓▓

If a joint return, spouse's first name and initial: _____   Last name: _____   Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions. 2914 JEROME AVENUE   Apt. no. 5DN

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Bronx, NY 10468

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund ............ ▶ ☐ You ☐ Spouse

## Filing Status

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ..............

b ☐ Spouse ....................................................

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
- lived with you
- did not live with you due to divorce or separation

Dependents on 6c not entered above

If more than four dependents, see instructions.

d Total number of exemptions claimed ..................................................

Add numbers on lines above ▶ **1**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 .......................... | 7 | |
| 8a Taxable interest. Attach Schedule B if required ......................... | 8a | |
| b Tax-exempt interest. Do not include on line 8a ..........  | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required ....................... | 9a | |
| b Qualified dividends ...................  | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes .......... | 10 | |
| 11 Alimony received ............................................... | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ ................... | 12 | |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here .... ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 ............................ | 14 | |
| 15a IRA distributions ... 15a _____  b Taxable amt | 15b | |
| 16a Pensions and annuities. 16a _____  b Taxable amt | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... | 17 | |
| 18 Farm income or (loss). Attach Schedule F ............................ | 18 | |
| 19 Unemployment compensation ...................................... | 19 | |
| 20a Social security benefits ... 20a _____  b Taxable amt | 20b | |
| 21 Other income. List type and amount _____ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 Educator expenses ............................. | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 Health savings account deduction. Attach Form 8889 ...... | 25 | |
| 26 Moving expenses. Attach Form 3903 .................. | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE ...... | 27 | 44. |
| 28 Self-employed SEP, SIMPLE, and qualified plans ......... | 28 | |
| 29 Self-employed health insurance deduction ............. | 29 | |
| 30 Penalty on early withdrawal of savings ................ | 30 | |
| 31a Alimony paid  b Recipient's SSN ▶ _____ | 31a | |
| 32 IRA deduction ................................ | 32 | |
| 33 Student loan interest deduction .................... | 33 | |
| 34 Tuition and fees deduction. Attach Form 8917 .......... | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 . | 35 | |

| | | |
|---|---|---|
| 36 Add lines 23-31a and 32-35 ...................................... | 36 | |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ............ ▶ | 37 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   JTA   FD001 11/08/07   Form **1040** (2007)

Form **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2008** (99) IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2008, or other tax year beginning ,2008, ending ,20 | OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

Name Spouse's Name (if Joint Return) Home Address City, State, and ZIP Code

JAMES B GARTLY JR

2914 JEROME AVE 5DN
BRONX NY 10468-

COPY

**Your social security number**

**Spouse's social security no.**

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
c Dependents:

| (1) First name Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instr.

d Total number of exemptions claimed

Boxes checked on 6a and 6b — 1
No. of children on 6c who:
• lived with you — 0
• did not live with you due to divorce or separation (see instr.) — 0
Dependents on 6c not entered above — 0
Add numbers on lines above ▶ — 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. Do not include on line 8a | 8b |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends (see instructions) | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions 15a b Taxable amount (see inst.) | 15b |
| 16a | Pensions and annuities 16a b Taxable amount (see inst.) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits 20a b Taxable amount (see inst.) | 20b |
| 21 | Other income. List type and amount (see instr.) | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see instructions) | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |
| 29 | Self-employed health insurance deduction (see instr.) | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a |
| 32 | IRA deduction (see instructions) | 32 |
| 33 | Student loan interest deduction (see instructions) | 33 |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** Form **1040** (2008)

BCA Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved. US1040$1 Rev. 1

## AFFIDAVIT OF SERVICE OF MAILING

STATE OF NEW YORK _Civil Court_          )

COUNTY OF _Queens_                        ) ss.:

_James Burton Gartly_ , being duly sworn, deposes and says:

On the _2nd_ day of _May_ , 20 _17_ , I served a true copy of the annexed _Supplemental Affidavit_ by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addressee(s) as indicated below:

*(Insert here the name[s] and address[es] of the person[s] to whom you are mailing the papers being filed with this Court. If necessary, attach extra pages for additional names and addresses.)*

| Name & Address | Name & Address |
|---|---|
| SELIP & STYLIANOU, LLP<br>199 CROSSWAYS PARK DRIVE<br>WOODBURY, NY 11797-2016 | RONALD MELVIN MOSES<br>111 JOHN ST, SUITE 500<br>NEW YORK, NY 10038 |
| | |
| | |
| | |
| | |
| | |

(Signature)

(Print Name)  _JAMES B. GARTLY_

Sworn to before me this

day of _16th of May, 2017._

_____

Notary Public

AMIR M. KASHAM
NOTARY PUBLIC, State of New York
No. 01KA6259617
Qualified in Kings County
Commission Expires April 6, 2020

Revised: February 19, 2014

**UNITED STATES POSTAL SERVICE®** Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: James B. Gartly
291 E. 7th St, Apt 2
Brooklyn, N 11218

To: Selip : Stylianou, LLP
199 Crossways Park Drive
Woodbury, NY 11797-2016

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
BROOKLYN, NY
11218
MAY 02 17
AMOUNT
**$1.35**
R2305H129446-02
0000

**UNITED STATES POSTAL SERVICE®** Certificate Of Ma[iling]

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: James B. Gartly
291 E. 7th St, Apt 2
Brooklyn, NY 11218

To: Ronald ; Melvin Moses
111 John St, Suite 500
New York, NY 10038

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
BROOKLYN, NY
11218
MAY 02 17
AMOUNT
**$1.35**
R2305H129446-02
0000

KENSINGTON
419 MCDONALD AVE
BROOKLYN
NY
11218-9997
3508010325
05/02/2017 (800)275-8777 2:01 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.49 |
| (Domestic) (NEW YORK, NY 10038) (Weight:0 Lb 0.70 Oz) (Expected Delivery Day) (Thursday 05/04/2017) | | |
| Non Mach. Surch. | 1 | $0.21 |
| CTOM - Individual - Domestic | 1 | $1.35 |
| First-Class Mail Letter | 1 | $0.49 |
| (Domestic) (WOODBURY, NY 11797) (Weight:0 Lb 0.70 Oz) (Expected Delivery Day) (Thursday 05/04/2017) | | |
| Non Mach. Surch. | 1 | $0.21 |
| CTOM - Individual - Domestic | 1 | $1.35 |
| Total | | $4.10 |
| Cash | | $20.00 |
| Change | | ($15.90) |

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

*********************************
...our mail when and where you want ...ith a secure Post Office Box. Sig... ...or a box online at ...ps.com/poboxes.
*********************************

All sales final on stamps and postag...
Refunds for guaranteed services onl...
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos...

840-5110-0063-004-00006-70333-02

or scan this code with