June 12, 2017

Selip & Stylianou, LLP
P.O. Box 9004
Woodbury, NY 11797-9004

   **Re:** **Notice of sewer service on time barred debt.**
      **Discover Bank v. James B. Gartly, Index No. CV-015865-08/QU**

Dear Selip & Stylianou, LLP:

   I wanted to put you on notice again that you are collection on a sewer service judgment, indeed one for a time barred debt. I filed an order to show cause, and in response you filed the an opposition.

   After reviewing your papers, I saw for the first time the alleged affidavit of service. I therefore filed a supplemental affidavit documenting that the address you claim I was served at is when I did not reside at during the time of the alleged service.

   I have attached the supplemental affidavit and supporting documents that I filed in the court and previously served on you. In particular, I point your attention to the following:

1. My affidavit that I did not reside at the address of alleged service since around 2003, and that I lived at that address for less than a year.

2. My DMV records showing that the DMV verified on 3/29/2005 that I lived in Brooklyn, not the Queens address where service was alleged. There is also a historical listing of addresses going back many years, not one of which include a Queens address.

3. A copy of the first page of my 2007 and 2008 tax returns showing my address in the Bronx.

   In addition, the debt upon which you sued is time barred. You can see that if you even looked at a copy of the lawsuit you attached to your opposition to my order to show cause. The collection lawsuit was filed for Discover Bank. Discover is based in Delaware. The statute of limitations in Delaware is 3 years. The lawsuit was filed in 2008 but claims the default was in 2004, because that is the date in the lawsuit from which you seek prejudgment interest.

   For these reasons, I demand, that within 7 days from the date of this letter, you provide written confirmation that you are withdrawing the opposition the order to show cause, vacating the default sewer service judgment, and discontinuing the case with prejudice.

   Please do not call me. Please give this matter the serious attention it deserves.

Sincerely,

James B. Gartly
Address: 291 E. 7th Sve., Apt. 2, Brooklyn, NY 11218

New York City Civil **COURT**  **COUNTY OF** Queens  **Part:** 34C

Discover Bank

**Plaintiff(s)**

-against-

James B. Gartly
aka James Dorcey

**Defendant(s)**

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT
OF ORDER TO SHOW CAUSE**

**Index Number:** CV-015865-08/QU

I, James B. Gartly , being duly sworn, hereby deposes and says:
(Your Name)

1. I am the defendant in this matter, and I am familiar with the facts that are contained in this affidavit.

2. I have filed an Order to Show Cause to vacate a default judgment, which is now before the Court. When I filed the Order to Show Cause, the file was unavailable, and I was unable to review the file including the affidavit of service.

3. I have now reviewed the file and the affidavit of service, and I would like to supplement my affidavit in support of the Order to Show Cause with additional information concerning why I believe service upon me was not good and why the case should be dismissed.

4. I believe service upon me was not good for the following reasons: (Check off all that apply and add any further information on the lines at the end of this affidavit.)

**Personal Delivery**

☐ I am not the person that is described in the affidavit of service.

☐ I did not live or work at that address on the date the process server says I was served.

☐ The papers were never handed to me by anyone.

☐ Other (Explain below)

**Substituted Service**

☐ I did not live or work at that address on the date the process server says the papers were served.

☐ The person served does not live with me.

☐ The person served does not work for me in my home.

☐ The person served does not work with me.

☐ The person served was too young to accept legal papers. (Explain below)

☐ The person served was not suitable because he/or she was not able to understand the importance of legal papers. (Explain below)

☐ The person served was not suitable for other reasons. (Explain below)

☐ The mailing of the papers was not done exactly as required by the law. (Explain below)

☐ The filing of the affidavit of service in Court was not done exactly as required by the law. (Explain below)

☐ Other (Explain below)

**Conspicuous Service**

☑ I did not live or work at that address on the date the process server says the papers were served. (Explain below)

☐ The papers were not taped or otherwise stuck on my door.

☐ The process server's attempts to make service before the papers were put on my door were not exactly as required by law. (Explain below)

☐ The mailing of the papers was not done exactly as required by the law. (Explain below)

☐ The filing of the affidavit of service in Court was not done exactly as required by law. (Explain below)

☐ Other (Explain below)

UCS-CC-5 Page 1 of 2 *(April, 2015)*

## EXPLANATION

**Explain your answers below. You may use additional pages. You may also give the Court any other written proof of your answers along with this affidavit.**

I supplement my affidavit and order to show cause to request that the judgment be vacated for lack of personal jurisdiction. My affidavit says I was not served and did not recieve my court papers. I requested copies of the summons and complaint and affidavit of service, and requested copies from the court on 3-31-17. My first time seeing the affidavit of service was when it was attached to the opposition papers. I do not live at that address and did not live there at the time of service. I only lived at that address for less than a year in 2003 and did not know my neighbors. See my attached

Signature                                                          4/12/17
                                                                    Date

Sworn to before me on the 12th day
of April, 2017.

_GINA M. CALABRESE_
_Notary Public, State of New York_
_No. 02C-A6034906_
_Qualified in Nassau County_
_Commission Expires Dec. 20, __
1/31/18

Notary Public or Court Clerk

DMV records showing my address, + tax return from 2007-

I was not served with a copy of the the judgment and notice of entry. All mailings attached to Plaintiff's papers were mailed to the Astoria address, where I did not live, and had not lived since 2003. (See attached DMV Records.) (and tax return from 2007-08 showing my address at the time of service.)

Case 1:18-cv-01806-ARR-VMS    Document 1-7    Filed 03/24/18    Page 4 of 7 PageID #: 67

**New York State DMV - C O M P A S S**                      Requestor: DR    Date: 04/06/2017 14:12:47

## SEARCH CRITERIA

Client ID: ▓▓▓▓▓▓          Options: Full Record

# LICENSE SYSTEM

Client ID:240447480                          MI:G01660 15347 416131-79          Gender:MALE
Name:GARTLY,JAMES,B                          DOB:09/23/1979                     Eye Color:HAZ
Address:291 E 7TH ST # 2                     Resident County:KINGS              Height:5-07
        BROOKLYN, NY  11218-3313             Mailing County:KINGS

Non-Domiciled/Temp NO                        Military:NO        Bad Check:NO    Organ Donor:NO
Visitor:                                                                        Veteran:NO
SSN Last 4: ▓▓▓▓                             Verified:03/29/2005   Verif Type:SSN
                                                                   VERIFIED
Driving Restrictions:NONE

### SUMMARY

*** NON-DRIVER ID ***
                        Expiration:09/23/2021
                        Privilege:NONE              Comm Privilege:NONE
                        Status:NONE                 Comm Status:NONE
                                                    19A Status:NOT APPLICABLE

        Last Doc Issued:*ID*                Issued:10/14/2014        Mailed:10/21/2014
                                            Type:

### CURRENT LICENSE
                                                                      Expires:09/23/2021
Lic Class:*ID*
Endorsements:NONE
        Batch:3050700242        Batch Date:05/07/2013    Terminal Num:242
                                            Driver ReHab:NO           Unvalidated Original:NO
                                            Permit Privilege:NO                  Duplicate:NO
        ID Issued:YES

### CURRENT NON-DRIVER ID
                                                                      Expires:09/23/2021
        Issued:05/07/2013                                             Terminal Num:242
        Batch:3050700242        Batch Date:05/07/2013

### DOCUMENT
                                Type:NON-DRIVER ID (STATE ID)
Class:I                         Mail Date:10/21/2014                  Expiration:09/23/2021
Issue Date:10/14/2014
Doc Name:GARTLY                                                       Doc Status:PRODUCED AND
        JAMES,B                                                                  MAILED

User:                           Office:          System:TPSL        Trans:LDP

### CLASSES
                                                                Post Date:05/07/2013
Class:I                                                         Expiration:09/23/2021
Effective:03/29/2005            Cycle:09/23/2013                System:TPSL    Trans:LRN
User:SYOUNG1                    Office:PPZ    Terminal:242
                                                                Post Date:03/29/2005
Class:I                                                         Expiration:09/23/2013
Effective:03/29/2005            Cycle:03/29/2005               System:****    Trans:****
User:CONVERSION-JUNE 2008       Office:***    Terminal:****

### ACTIVITY (4)

| Activity Type | Date | Office | Additional Info | Batch |
|---|---|---|---|---|

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*[signature]*

EXECUTIVE DEPUTY COMMISSIONER OF MOTOR VEHICLES
4/6/201'

ABS-2 (7/15)

Case 1:18-cv-01806-ARR-VMS   Document 1-7   Filed 03/24/18   Page 5 of 7 PageID #: 68

| | | | | |
|---|---|---|---|---|
| Image Capture | 03/29/2005 | | Image:KEP | |
| Voter Reg NOT Req | 05/07/2013  242 | | | Q:3050700242 |
| Duplicate | 10/14/2014  CDA | T Code:02 | | D:4101402CDA |
| Voter Reg NOT Req | 10/14/2014  CDA | | | Q:4101400CDA |

## ADDRESS

Posted:10/14/2014
Address:291 E 7TH ST # 2
    BROOKLYN, NY 11218-3313
Country:US
User Id:WADCUSER      Office Code:WEB

Archived:
  Type:MAILING
  County:KINGS
  Status:PASSED VALIDATION
  Source:WEB

Posted:12/23/2009
Address:515 W 170TH ST APT 5
    NEW YORK, NY 10032-3639
Country:US
User Id:SWI      Office Code:PPZ

Archived:10/14/2014
  Type:MAILING
  County:NEW YORK
  Status:PASSED VALIDATION
  Source:LICENSE TP

Posted:07/15/2008
Address:2914 JEROME AVE APT 5DN
    BRONX, NY 10468-1662
Country:US
User Id:WBA      Office Code:PPZ

Archived:12/23/2009
  Type:MAILING
  County:BRONX
  Status:PASSED VALIDATION
  Source:LICENSE TP

Posted:03/29/2005
Address:316 BOND ST APT 1
    BROOKLYN, NY 11231-5043
Country:US
User Id:DHI      Office Code:NYC

Archived:07/15/2008
  Type:MAILING
  County:KINGS
  Status:PASSED VALIDATION
  Source:LICENSE TP

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

EXECUTIVE DEPUTY COMMISSIONER OF MOTOR VEHICLES
4/6/2017

ABS-2 (7/15)

Form **1040**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** 2007

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning _____, 2007, ending _____, 20____

| Label | | |
|---|---|---|
| Use the IRS label. Otherwise, please print or type. | L A B E L H E R E | Your first name and initial: **JAMES B**   Last name: **GARTLY, JR** |

Your social security number: ▓▓▓▓

Spouse's social security number: ▓▓▓▓

Home address (number and street). If you have a P.O. box, see instructions: **2914 JEROME AVENUE**   Apt. no. **5DN**

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions: **Bronx, NY 10468**

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund .............. ▶ ☐ You ☐ Spouse

## Filing Status

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ...................
b ☐ Spouse ...........................................................

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions.

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation
Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d Total number of exemptions claimed ...........................................

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 ................................. **7**
8a Taxable interest. Attach Schedule B if required ................................. **8a**
 b Tax-exempt interest. Do not include on line 8a ............ **8b**
9a Ordinary dividends. Attach Schedule B if required ............................... **9a**
 b Qualified dividends ....................................... **9b**
10 Taxable refunds, credits, or offsets of state and local income taxes ............... **10**
11 Alimony received ........................................................ **11**
12 Business income or (loss). Attach Schedule C or C-EZ ........................... **12**
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here .... ▶ ☐ **13**
14 Other gains or (losses). Attach Form 4797 .................................... **14**
15a IRA distributions ... **15a** [_____] b Taxable amt **15b**
16a Pensions and annuities. **16a** [_____] b Taxable amt **16b**
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... **17**
18 Farm income or (loss). Attach Schedule F ..................................... **18**
19 Unemployment compensation ............................................... **19**
20a Social security benefits ... **20a** [_____] b Taxable amt **20b**
21 Other income. List type and amount _____ **21**
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ **22**

## Adjusted Gross Income

23 Educator expenses ................................... **23**
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ **24**
25 Health savings account deduction. Attach Form 8889 ...... **25**
26 Moving expenses. Attach Form 3903 ................... **26**
27 One-half of self-employment tax. Attach Schedule SE ...... **27** 44.
28 Self-employed SEP, SIMPLE, and qualified plans ......... **28**
29 Self-employed health insurance deduction ............... **29**
30 Penalty on early withdrawal of savings ................. **30**
31a Alimony paid  b Recipient's SSN ▶ _____ **31a**
32 IRA deduction ..................................... **32**
33 Student loan interest deduction ...................... **33**
34 Tuition and fees deduction. Attach Form 8917 .......... **34**
35 Domestic production activities deduction. Attach Form 8903 . **35**
36 Add lines 23-31a and 32-35 ................................................ **36**
37 Subtract line 36 from line 22. This is your adjusted gross income ................ ▶ **37**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   JTA   FD001 11/08/07   Form **1040** (2007)

Form **1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return**   **2008**   (99)   IRS Use Only-Do not write or staple in this space.

| Label | | | | OMB No. 1545-0074 |
|---|---|---|---|---|
| (See instructions) | Name   Spouse's Name (if Joint Return)   Home Address   City, State, and ZIP Code | | | Your social security number |
| Use the IRS label. | JAMES B GARTLY JR | | | Spouse's social security no. |
| Otherwise, please print or type. | 2914 JEROME AVE 5DN | | | ▲ You must enter your SSN(s) above. ▲ |
| | BRONX NY 10468- | | | Checking a box below will not change your tax or refund. |

For the year Jan. 1-Dec. 31, 2008, or other tax year beginning _____ ,2008, ending _____ ,20 _____

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ...............

b ☐ Spouse ...............................................................................

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| No. of children on 6c who: | |
|---|---|
| • lived with you | 0 |
| • did not live with you due to divorce or separation (see instr.) | 0 |
| Dependents on 6c not entered above | 0 |

If more than four dependents, see instr.

d Total number of exemptions claimed .............................................

Add numbers on lines above ▶ | 1 |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a _____ b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities 16a _____ b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a _____ b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form **1040** (2008)

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US104051   Rev. 1