
**Department of Consumer Affairs**

# TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES WHO SIGNED A CONSENT ORDER

Process servers and process serving agencies both must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs (DCA) within 10 days of receiving oral or written notice that such a hearing has been scheduled. See Title 6, Rules of the City of New York § 2-236(a). Use **Part I** of this form to report the scheduled hearing. Submit this form and any attachments to DCA by e-mailing TraverseReports@dca.nyc.gov.

> *Note: Both the process server and the process serving agency must each submit a completed Traverse Report Form.*

## PART I – REPORT OF HEARING

| | |
|---|---|
| Date of Hearing December 9, 2013 | |
| Court CIVIL | County Queens |
| Part Room 102 | Index No. 145141/08 |
| Judge | |
| Petitioner/Plaintiff Midland Funding LLC DBA in New York as Midland Funding of Delaware LLC | Petitioner/Plaintiff's Attorney (*include firm's name*) Cohen & Slamowitz |
| Respondent/Defendant Aliya I Waheed aka Aliya I Rania | Respondent/Defendant's Attorney (*include firm's name*) |
| Date of Service November 4, 2008 | |
| Process Server Name Steeve F. Louis | DCA License No. no longer licensed |
| Process Serving Agency Name/DCA License No. Capital Process Servers, Inc. 1381942 | |

I am submitting this form as:  ☐ **A** process server individual
☑ **An** authorized representative for the process serving agency

Signature _____     Date 10-31-13

**IMPORTANT:** Process servers and process serving agencies both must report the final result of the traverse hearing to DCA within 10 days of learning the final result. See Title 6, Rules of the City of New York § 2-236(c). Use **Part II** of this form to report the final result of the traverse hearing.

**AFFIDAVIT OF SERVICE**

**CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF QUEENS**

**COUNTY OF QUEENS**

Index #: **145141/08**
Date Purchased: **October 28, 2008**
Date Filed: _____
Court Date: _____

ATTORNEY(S):   THE LAW OFFICES OF COHEN & SLAMOWITZ
ADDRESS:   199 CROSSWAYS PARK DRIVE WOODBURY, NY 11797

PH: 516-364-6006
File No.: C339967

*MIDLAND FUNDING LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DE LAWARE LLC*

*Plaintiff(s)/Petitioner(s)*

vs.

*ALIYA I WAHEED A/K/A ALIYA I RAHID*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU          SS.:

_____ STEEVE F. LOUIS _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On _____ November 4, 2008 _____ at _____ 3:16 PM _____

at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , deponent served the within

**SUMMONS AND COMPLAINT**

with Index Number _____ 145141/08 _____, and Date Filed _____ endorsed thereon,

on: **ALIYA I WAHEED A/K/A ALIYA I RAHID** _____, **Defendant** therein named.

#1 INDIVIDUAL ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☐  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON ☐  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's   [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [X]  By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business   [ X ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X]  On _____ November 5, 2008 _____, deponent completed service under the last two sections by depositing a copy of the _____ SUMMONS AND COMPLAINT _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| thereat on the | 28 | day of | October, 2008 | at | 9:22 PM |
| on the | 30 | day of | October, 2008 | at | 7:41 AM |
| on the | 4 | day of | November, 2008 | at | 3:16 PM |
| on the | | day of | | at | |

#6 NON-SRVC ☐  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:   [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other: _____

#7 DESCRIPTION ☐  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex _____ Color of skin _____ Color of hair _____ Age _____ Height _____
Weight _____ Other Features: _____

#8 WIT. FEES ☐  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X]  As information as to military status of the subject was unavailable or refused at the time of service, a search of the U.S. Dept. of Defense Manpower Data Center database was performed. Upon information and belief, based on the results of said search, said individual is not currently active in the military service.

#10 OTHER [X]  SERVED DOCUMENTS AS LAST KNOWN ADDRESS PER ATTORNEY'S RECORDS.

Sworn to before me on this _____ day of _____ 2008

| BARBARA  A. SHURGIN | STEVEN M SHURGIN | STEPHANIE GALLIGAN | STEEVE F. LOUIS |
| NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | NOTARY PUBLIC, State of New York | Server's Lic # 0868691 |
| No. 30-5004737, Qualified in Nassau County | No. 01SH6190498, Qualified in Nassau County | No. 01GA6190672, Qualified in Nassau County | Work Order # 0847944 |
| Commission Expires November 23, 2010 | Commission Expires July 28, 2012 | Commission Expires July 28, 2012 | |

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*

*Midland of ... DBA in New York as Midland Funding of Delaware LLC*

*vs.*

*Aliya I Waheed a/k/a Aliya I Rahid*

*145141/08*



**NYC** | **Department of**
**Consumer Affairs**

## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES
## WHO SIGNED A CONSENT ORDER

### PART II – REPORT OF FINAL RESULT

Pursuant to the Consent Order that you signed with DCA, you shall learn the final result of each **scheduled** traverse hearing involving any challenge to service of process made or assigned by you and obtain a copy of the court's decision/order, including any stipulation or court file jacket setting forth the final disposition of the matter. The final result shall include any judicial order, waiver of the hearing, or voluntary settlement resolving the challenge to service of process. *Note:* "Decision reserved" is <u>not</u> a final result and you must continue to search for the final court decision in accordance with the procedure summarized below.

Within 10 days of learning the final result of a traverse hearing, you shall notify DCA by submitting this traverse report and a copy of the court's decision/order, by e-mail, to TraverseReports@dca.nyc.gov.

If you fail to learn the final result of the hearing and obtain a copy of the court's decision/order within 30 days of the scheduled hearing date, you must send a written inquiry to the plaintiff/petitioner or the plaintiff/petitioner's attorney to learn the final result and for a copy of the court's decision.I f you fail to receive a response to that inquiry within 60 days of the scheduled hearing date, you must search the court records. If you are unable to learn the final result and obtain a copy of the court's decision within 90 days of the scheduled hearing date, you must (1) within 100 days of the scheduled hearing date, provide a written explanation to DCA of why you were unable to do so and (2) continue to search the court records every 30 days until you learn the final result of the traverse hearing and are able to obtain a copy of the court's decision.

**Final Result** *(Check ONE box only.)*

Traverse was:
☐ Sustained (improper service)
☐ Overruled (proper service)
☑ Settled (Provide details below.)
☐ Other (Provide details below, including any reason(s) that the traverse hearing was not held.)

**Comments**

*Statute of limitations has expired, the plaintiffs plaintiff agreed to discontinue the case. Judgment vacated.*

Signature _Mary Hughes_                     Date _12/17/13_

Print Name _Mary Hughes_

**CIVIL COURT OF THE CITY OF NEW YORK**
County of _Queens_ Part _____

Index No. _145141/08_

**STIPULATION
OF SETTLEMENT**

_C339967_

_____
Midland Funding LLC
                    Plaintiff(s),

-against-

Aliya I. Waheed
                    Defendant(s).
_____

    It is hereby stipulated and agreed by and between the parties that the above-referenced

action is settled as follows:

_Plaintiff hereby agrees to discontinue the above_
_referenced matter with prejudice, since the_
_Statute of limitations has expired._
_Judgment is hereby vacated._
_Court shall serve a copy of_
_this order to both sides._

Plaintiff:
Mike Condrotsky, Esq.
_____    _____
Signature                        Date

_____    12/9/13
Signature                        Date

Defendant:
_____    12/9/13
Signature                        Date

Jerome Lee   12/9/13
_____    _____
Signature                        Date

CIV-GP-32 (Revised December, 2005)

JODI ORLOW
JUDGE, CIVIL COURT

Page _1_ of _1_



**Department of Consumer Affairs**

## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES WHO SIGNED A CONSENT ORDER

Process servers and process serving agencies both must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs (DCA) within 10 days of receiving oral or written notice that such a hearing has been scheduled. See Title 6, Rules of the City of New York § 2-236(a). Use **Part I** of this form to report the scheduled hearing. Submit this form and any attachments to DCA by e-mailing TraverseReports@dca.nyc.gov.

*Note: Both the process server and the process serving agency must each submit a completed Traverse Report Form.*

### PART I – REPORT OF HEARING

| | |
|---|---|
| **Date of Hearing** 4-9-14 | |
| **Court** Civil | **County** Queens |
| **Part** Part 39 Room 102 | **Index No.** 157989/07 |
| **Judge** | |
| **Petitioner/Plaintiff** Capital One Bank | **Petitioner/Plaintiff's Attorney (include firm's name)** Cohen & Slamowitz |
| **Respondent/Defendant** Kalipso Magoulas a/k/a Magoulas Kalipso | **Respondent/Defendant's Attorney (include firm's name)** |
| **Date of Service** 12-14-07 | |
| **Process Server Name** Steeve F. Louis | **DCA License No.** 0868691 |
| **Process Serving Agency Name/DCA License No.** Capital Process Servers Inc. 1381942 | |
| **I am submitting this form as:** ☐ A process server individual ☒ An authorized representative for the process serving agency | |

Signature _____    Date 1-14-14

**IMPORTANT:** Process servers and process serving agencies both must report the final result of the traverse hearing to DCA within 10 days of learning the final result. See Title 6, Rules of the City of New York § 2-236(c). Use **Part II** of this form to report the final result of the traverse hearing.

\*Steeve Louis is no longer licenced by the DCA, he does not serve process in N.Y.C. any more, he will not be appearing for this traverse.

**AFFIDAVIT OF SERVICE**

Index #: **157989/07**

CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF QUEENS

Date Purchased: **December 3, 2007**

**QUEENS  COUNTY**

Date Filed: _____

Court Date: _____

ATTORNEY(S):  THE LAW OFFICES OF COHEN & SLAMOWITZ
ADDRESS:  199 CROSSWAYS PARK DRIVE WOODBURY, NY  11797

PH: 516-364-6006
File No.: N206860

*CAPITAL ONE BANK*
*vs.*
*KALIPSO MAGOULAS A/K/A MAGOULAS KALIPSO*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU           SS.:

_____ STEEVE F. LOUIS _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _ December 14, 2007 _ at _ 8:03 PM _

at ██████████████████████████████████████████ (PRIVATE HOUSE), deponent served the within

**SUMMONS AND COMPLAINT**

with Index Number _____ 157989/07 _____ , and Date Filed _____ endorsed thereon,

on: **KALIPSO MAGOULAS A/K/A MAGOULAS KALIPSO** _____ , _____ **Defendant** _____ therein named.

#1 INDIVIDUAL ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☐  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON ☐  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [  ] actual place of business   [  ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR **[X]**  By affixing a true copy of each to the door of said premises, which is recipient's:   [  ] actual place of business
[ X ] dwelling house (place of abode) within the state.

#5 MAIL COPY **[X]**  On _ December 17, 2007 _ , deponent completed service under the last two sections by depositing a copy of the _____ SUMMONS AND COMPLAINT _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the

| | day of | | at | |
|---|---|---|---|---|
| 6 | day of | December, 2007 | at | 4:52 PM |
| 10 | day of | December, 2007 | at | 7:07 AM |
| 14 | day of | December, 2007 | at | 8:03 PM |
| | day of | | at | |

#6 NON-SRVC ☐  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [  ] Unknown at  Address    [  ] Evading    [  ] Moved left no forwarding
[  ] Address does not exist    [  ] Other: _____

#7 DESCRIPTION (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _____   Color of skin _____   Color of hair _____   Age _____   Height _____
Weight _____   Other Features: _____

#8 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC **[X]**  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER **[X]**  ADDRESS CONFIRMED WITH NEIGHBOR "JOHN DOE"

Sworn to before me on this _ 17 _ day of _ December, 2007 _

BARBARA  A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEEVE F. LOUIS

Server's Lic # 0868691

Invoice•Work Order # 0757658

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150,  WESTBURY, NY 11590 -TEL  516-333-6380 • FAX 516-333-6382*

*Capital One Bank*
*vs.*
*Kalipso Magoulas a/k/a*
*Magoulas Kalipso*
*157989/07*
*Civil Queens*

 **Department of Consumer Affairs**

# TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES WHO SIGNED A CONSENT ORDER

## PART II – REPORT OF FINAL RESULT

Pursuant to the Consent Order that you signed with DCA, you shall learn the final result of each **scheduled** traverse hearing involving any challenge to service of process made or assigned by you and obtain a copy of the court's decision/order, including any stipulation or court file jacket setting forth the final disposition of the matter. The final result shall include any judicial order, waiver of the hearing, or voluntary settlement resolving the challenge to service of process. *Note:* "Decision reserved" is <u>not</u> a final result and you must continue to search for the final court decision in accordance with the procedure summarized below.

Within 10 days of learning the final result of a traverse hearing, you shall notify DCA by submitting this traverse report and a copy of the court's decision/order, by e-mail, to TraverseReports@dca.nyc.gov.

If you fail to learn the final result of the hearing and obtain a copy of the court's decision/order within 30 days of the scheduled hearing date, you must send a written inquiry to the plaintiff/petitioner or the plaintiff/petitioner's attorney to learn the final result and for a copy of the court's decision.I f you fail to receive a response to that inquiry within 60 days of the scheduled hearing date, you must search the court records. If you are unable to learn the final result and obtain a copy of the court's decision within 90 days of the scheduled hearing date, you must (1) within 100 days of the scheduled hearing date, provide a written explanation to DCA of why you were unable to do so and (2) continue to search the court records every 30 days until you learn the final result of the traverse hearing and are able to obtain a copy of the court's decision.

**Final Result *(Check ONE box only.)***

Traverse was:
- ☐ Sustained (improper service)
- ☐ Overruled (proper service)
- ☐ Settled (Provide details below.)
- ☒ Other (Provide details below, including any reason(s) that the traverse hearing was not held.)

**Comments**

*Traverse has Been adjourned to 5/7/14 at 2pm.*

Signature _Mary Hughes_     Date _4/16/14_

Print Name _Mary Hughes_



**NYC** Department of
Consumer Affairs

## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES WHO SIGNED A CONSENT ORDER

Process servers and process serving agencies both must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs (DCA) within 10 days of receiving oral or written notice that such a hearing has been scheduled. See Title 6, Rules of the City of New York § 2-236(a). Use **Part I** of this form to report the scheduled hearing. Submit this form and any attachments to DCA by e-mailing TraverseReports@dca.nyc.gov.

> *Note: Both the process server and the process serving agency must each submit a completed Traverse Report Form.*

## PART I – REPORT OF HEARING

| | | | |
|---|---|---|---|
| Date of Hearing | 5/7/14 | | |
| Court | Civil | County | Queens |
| Part | Part 39 | Index No. | 157989/07 |
| Judge | | | |
| Petitioner/Plaintiff | Capital One Bank | Petitioner/Plaintiff's Attorney (include firm's name) | Cohen & Slamowite |
| Respondent/Defendant | Kalipso Magoulas a/k/a Magoulas Kalipso | Respondent/Defendant's Attorney (include firm's name) | |
| Date of Service | 12-14-07 | | |
| Process Server Name | Steve Louis | DCA License No. | 0808691 |
| Process Serving Agency Name/DCA License No. | Capital Process Servers, Inc. | | 1381942 |

I am submitting this form as:
☐ **A process** server individual
☒ An authorized representative for the process serving agency

Signature _____    Date 4/16/14

**IMPORTANT:** Process servers and process serving agencies both must report the final result of the traverse hearing to DCA within 10 days of learning the final result. See Title 6, Rules of the City of New York § 2-236(c). Use **Part II** of this form to report the final result of the traverse hearing.

*Steve Louis is no longer licensed by the DCA, he does not serve process in N.Y.C. any more, he will not be appearing for this traverse.

*Capital One Bank*
*vs.*
*Kalipso Magoulas*
*A/K/A Magoulas Kalipso*
*157989/07*

 **Department of Consumer Affairs**

## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES WHO SIGNED A CONSENT ORDER

### PART II – REPORT OF FINAL RESULT

Pursuant to the Consent Order that you signed with DCA, you shall learn the final result of each **scheduled** traverse hearing involving any challenge to service of process made or assigned by you and obtain a copy of the court's decision/order, including any stipulation or court file jacket setting forth the final disposition of the matter. The final result shall include any judicial order, waiver of the hearing, or voluntary settlement resolving the challenge to service of process. *Note:* "Decision reserved" is **not** a final result and you must continue to search for the final court decision in accordance with the procedure summarized below.

Within 10 days of learning the final result of a traverse hearing, you shall notify DCA by submitting this traverse report and a copy of the court's decision/order, by e-mail, to TraverseReports@dca.nyc.gov.

If you fail to learn the final result of the hearing and obtain a copy of the court's decision/order within 30 days of the scheduled hearing date, you must send a written inquiry to the plaintiff/petitioner or the plaintiff/petitioner's attorney to learn the final result and for a copy of the court's decision.I f you fail to receive a response to that inquiry within 60 days of the scheduled hearing date, you must search the court records. If you are unable to learn the final result and obtain a copy of the court's decision within 90 days of the scheduled hearing date, you must (1) within 100 days of the scheduled hearing date, provide a written explanation to DCA of why you were unable to do so and (2) continue to search the court records every 30 days until you learn the final result of the traverse hearing and are able to obtain a copy of the court's decision.

**Final Result *(Check ONE box only.)***

Traverse was:
- ☐ Sustained (improper service)
- ☐ Overruled (proper service)
- ☐ Settled (Provide details below.)
- ☒ Other (Provide details below, including any reason(s) that the traverse hearing was not held.)

**Comments**

*Judgment was vacated and action was dismissed without prejudice*

Signature _MHugf_                                Date _5-14-14_

Print Name _Mary Hughes_

**Civil Court of the City of New York**

County of _____

Part   36

Index Number   15 7989 /07

Motion Cal. # _____   Motion Seq. # _____

Capital One Bank

**Claimant(s)/Plaintiff(s)/Petitioner(s)**

*against*

Kalipso Mazorlan

**Defendant(s)/Respondent(s)**

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

[stamp: Civil Court of the City of New York MAY 0 7 2014 ENTERED QUEENS COUNTY]

| | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | 1 |
| Order to Show Cause and Affidavits Annexed..... | |
| Answering Affidavits............................... | 2 |
| Replying Affidavits................................ | |
| Exhibits........................................... | |
| Other.............................................. | |

Upon the foregoing cited papers, the Decision/Order on this Motion to   Traverse Hearing

is as follows:

Upon defendant's Order To Show Cause to vacate the judgment entered against her on September 18, 2008 and to dismiss for lack of personal jurisdiction, the court, on a scheduled January 6, 2014, set this matter down for a Traverse Hearing on April 9, 2014 at 2pm, on which date the hearing was adjourned to May 7, 2014 "final against" plaintiff. Upon plaintiff's failure to proceed, the defendant's motion is granted.

Accordingly, the judgment as well as any restraints and executions, are vacated and the action is dismissed without prejudice.

May 7, 2014

**Date**

**Judge, Civil Court**

WILLIAM A. VISCOVICH
JUDGE, CIVIL COURT

CIV-GP-85 (Revised, September, 1999)

## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES

**Required Reports**

(1) Both process server individuals ("PSIs") and process serving agencies ("PSAs") must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs ("DCA") within 10 days of receiving oral or written notice that such a hearing has been scheduled. *Title 6, Rules of the City of New York, Section 2-236(c).*

(2) Both PSIs and PSAs must <u>also</u> report to the Department the final result of a traverse hearing within 10 days of learning the result. *Title 6, Rules of the City of New York, Section 2-236(c)(2).*

**Attempting to Learn the Final Result**

(1) If you do not know the final result of a traverse hearing within 30 days of the scheduled hearing date, you must make a written inquiry to the petitioner/plaintiff or the petitioner/plaintiff's attorney to learn the result.

(2) If you do not receive a response to your written request within 60 days of the scheduled hearing date, you must search the court records for the result.

(3) If you are unable to learn the final result within 90 days of the scheduled hearing date, you must search the court records again for the result.

(4) If you followed steps 1, 2 and 3 and still do not know the final result of the traverse hearing, you must report to DCA, within 100 days of the traverse hearing, that you made a diligent attempt to learn the final result without success. *Title 6, Rules of the City of New York, Section 2-236(c)(1).*

**Important**

(1) You are encouraged to list multiple traverse hearings on this form.

(2) If a traverse hearing concerns service of process by multiple process servers, please create a separate row for each process server.

(3) Please type into the boxes below and email this report to TraverseReports@dca.nyc.gov as a Microsoft Excel document (not a PDF or JPEG).

(4) PSIs and PSAs must submit <u>separate</u> reports.

| Traverse Hearing Date | PSI's Last Name | PSI's First Name | PSI's License Number | PSA Name | PSA License Number | Date(s) of Service | Plaintiff or Petitioner | Plaintiff or Petitioner's Law Firm | Defendant or Respondent | Defendant or Respondent's Law Firm | Index No. | County of Court | Type of Court | Judge | Result | Name of Person Submitting This Form | Are You Submitting This Form As a PSI or An Authorized Representative for the PSA? | Date That PSA Informed PSI About Scheduled Hearing or Adjournment | Date That PSA Informed PSI of Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |

| Traverse Hearing Date | PSI's Last Name | PSI's First Name | PSI's License Number | PSA Name | PSA License Number | Date(s) of Service | Plaintiff or Petitioner | Plaintiff or Petitioner's Law Firm | Defendant or Respondent | Defendant or Respondent's Law Firm | Index No. | County of Court | Type of Court | Judge | Result | Name of Person Submitting This Form | Are You Submitting This Form As a PSI or An Authorized Representative for the PSA? | Date That PSA Informed PSI About Scheduled Hearing or Adjournment | Date That PSA Informed PSI of Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2016 | LOUIS | STEEVE F. | 0868691 | CAPITAL PROCESS SERVERS, INC. | 1381942 | 4/21/2008 | CAPITAL ONE BANK (USA), N.A. AS SUCCESSOR IN INTEREST TO CAPITAL ONE BANK, | SELIP & STYLIANOU, LLP | PATRICIA G. LUCERO | N/A | 50793/08 | QUEENS | CIVIL | N/A | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | 8/4/2016 | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |

 **Department of Consumer Affairs**

## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES

Process servers and process serving agencies both must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs (DCA) within 10 days of receiving oral or written notice that such a hearing has been scheduled. See Title 6, Rules of the City of New York § 2-236(a). Use **Part I** of this form to report the scheduled hearing. Submit this form and any attachments to DCA by e-mailing TraverseReports@dca.nyc.gov.

> *Note: Both the process server and the process serving agency must each submit a completed Traverse Report Form.*

## PART I – REPORT OF HEARING

| | |
|---|---|
| Date of Hearing | September 12, 2016 |

| Court | Civil | County | Queens |
|---|---|---|---|
| Part | 39C | Index No. | 50793/08 |
| Judge | N/A | | |

| Petitioner/Plaintiff | Capital One Bank (USA), N.A. as successor in interest to Capital One Bank | Petitioner/Plaintiff's Attorney *(include firm's name)* | Selip & Stylianou, LLP |
|---|---|---|---|
| Respondent/Defendant | Patricia G. Lucero | Respondent/Defendant's Attorney *(include firm's name)* | |

| | |
|---|---|
| Date of Service | April 21, 2008 |

| Process Server Name | Steeve F. Louis | DCA License No. | 0868691 |
|---|---|---|---|
| Process Serving Agency Name/DCA License No. | Capital Process Servers, Inc. / 1381942 | | |

I am submitting this form as:  ☐ A process server individual
☒ An authorized representative for the process serving agency

Signature  *Kelly Graham*                    Date  8/4/16

**IMPORTANT:** Process servers and process serving agencies both must report the final result of the traverse hearing to DCA within 10 days of learning the final result. See Title 6, Rules of the City of New York § 2-236(c). Use **Part II** of this form to report the final result of the traverse hearing.

**AFFIDAVIT OF SERVICE**

Index #:     **50793/08**

CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF QUEENS

Date Purchased:     **April 9, 2008**

**COUNTY OF QUEENS**

Date Filed: _____

Court Date: _____

ATTORNEY(S):  THE LAW OFFICES OF COHEN & SLAMOWITZ    PH: 516-364-6006
ADDRESS:  199 CROSSWAYS PARK DRIVE WOODBURY, NY  11797    File No.: N214941

*CAPITAL ONE BANK (USA), N.A. A S SUCCESSOR IN INTEREST TO CAP ITAL ONE BANK*

Plaintiff(s)/Petitioner(s)

vs.

*PATRICIA G LUCERO*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU        SS.:

_____ STEEVE F. LOUIS _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On _____ April 21, 2008 _____ at _____ 9:10 PM _____

at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , deponent served the within

**SUMMONS AND COMPLAINT**

with Index Number _____ 50793/08 _____ , and Date Filed _____ endorsed thereon,

on: **PATRICIA G LUCERO** _____ , _____ **Defendant** _____ therein named.

#1 INDIVIDUAL ☐    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☐    By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON ☐    By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's   [ ] actual place of business     [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☒    By affixing a true copy of each to the door of said premises, which is recipient's:    [ ] actual place of business [ **X** ] dwelling house (place of abode) within the state.

#5 MAIL COPY ☒    On _____ April 24, 2008 _____ , deponent completed service under the last two sections by depositing a copy of the _____ SUMMONS AND COMPLAINT _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| thereat on the | 14 | day of | April, 2008 | at | 7:21 AM |
| on the | 17 | day of | April, 2008 | at | 4:13 PM |
| on the | 21 | day of | April, 2008 | at | 9:10 PM |
| on the | | day of | | at | |

#6 NON-SRVC ☐    After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:   [ ] Unknown at Address     [ ] Evading     [ ] Moved left no forwarding [ ] Address does not exist     [ ] Other: _____

#7 DESCRIPTION ☐    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

(use with #1, 2 or 3)    Sex _____ Color of skin _____ Color of hair _____ Age _____ Height _____ Weight _____ Other Features: _____

#8 WIT. FEES ☐    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC ☒    As information as to military status of the subject was unavailable or refused at the time of service, a search of the U.S. Dept. of Defense Manpower Data Center database was performed. Upon information and belief, based on the results of said search, said individual is not currently active in the military service.

#10 OTHER ☒    ADDRESS CONFIRMED WITH NEIGHBOR "JANE DOE"

Sworn to before me on this _____ 24 _____ day of _____ April, 2008 _____

_____
BARBARA  A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010



_____
STEEVE F. LOUIS

Server's Lic # 0868691

Invoice•Work Order # 0813278

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150,  WESTBURY, NY 11590 -TEL  516-333-6380 • FAX 516-333-6382*

Lic # 2027810

# TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES

**Required Reports**
(1) Both process server individuals ("PSIs") and process serving agencies ("PSAs") must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs ("DCA") within 10 days of receiving oral or written notice that such a hearing has been scheduled.  *Title 6, Rules of the City of New York, Section 2-236(e).*
(2) Both PSIs and PSAs must also report to the Department the final result of a traverse hearing within 10 days of learning the result. *Title 6, Rules of the City of New York, Section 2-236(e)(2).*

**Attempting to Learn the Final Result**
(1) If you do not know the final result of a traverse hearing within 30 days of the scheduled hearing date, you must make a written inquiry to the petitioner/plaintiff or the petitioner/plaintiff's attorney to learn the result.
(2) If you do not receive a response to your written request within 60 days of the scheduled hearing date, you must search the court records for the result.
(3) If you are unable to learn the final result within 90 days of the scheduled hearing date, you must search the court records again for the result.
(4) If you followed steps 1, 2 and 3 and still do not know the final result of the traverse hearing, you must report to DCA, within 100 days of the traverse hearing, that you made a diligent attempt to learn the final result without success.  *Title 6, Rules of the City of New York, Section 2-236(e)(1).*

**Important**
(1) You are encouraged to list multiple traverse hearings on this form.
(2) If a traverse hearing concerns service of process by multiple process servers, please create a separate row for each process server.
(3) Please type into the boxes below and email this report to TraverseReports@dca.nyc.gov as a Microsoft Excel document (not a PDF or JPEG).

| Traverse Hearing Date | PSI's Last Name | PSI's First Name | PSI's License Number | PSA Name | PSA License Number | Date(s) of Service | Plaintiff or Petitioner | Plaintiff or Petitioner's Law Firm | Defendant or Respondent | Defendant or Respondent's Law Firm | Index No. | County of Court | Type of Court | Judge | Result | Name of Person Submitting This Form | Are You Submitting This Form As a PSI or An Authorized Representative for the PSA? | Date That PSA Informed PSI About Scheduled Hearing or Adjournment | Date That PSA Informed PSI of Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/13/16 | Louis | Steeve | 202 7870 | Capital Pr Service Inc | 138 1942 | 4/21 2008 | Capital one bank | Selip+ Stylianou | Patricia Lucero | | 5078 2008 | Qns | Civil | | Adj to 10/19/16 | Steev Louis | PSI | 8/4/16 | told not to appear |
| 10/11/16 | Louis | Steeve | 202 7870 | Capital Pr Service Inc | 133 1942 | 9/25 2006 | Empire Portfolios | Selip+ Stylianou | Paul Tabacovsky | | 123568 2006 | Qns | Civil | | Adj to 11/17/16 | Steev Louis | PSI | 9/14/16 10/19/16 | |

## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES

**Required Reports**
(1) Both process server individuals ("PSIs") and process serving agencies ("PSAs") must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs ("DCA") within 10 days of receiving oral or written notice that such a hearing has been scheduled. *Title 6, Rules of the City of New York, Section 2-236(a).*
(2) Both PSIs and PSAs must also report to the Department the final result of a traverse hearing within 10 days of learning the result. *Title 6, Rules of the City of New York, Section 2-236(c)(2).*

**Attempting to Learn the Final Result**
(1) If you do not know the final result of a traverse hearing within 30 days of the scheduled hearing date, you must make a written inquiry to the petitioner/plaintiff or the petitioner/plaintiff's attorney to learn the result.
(2) If you do not receive a response to your written request within 60 days of the scheduled hearing date, you must search the court records for the result.
(3) If you are unable to learn the final result within 90 days of the scheduled hearing date, you must search the court records again for the result.
(4) If you followed steps 1, 2 and 3 and still do not know the final result of the traverse hearing, you must report to DCA, within 100 days of the traverse hearing, that you made a diligent attempt to learn the final result without success. *Title 6, Rules of the City of New York, Section 2-236(c)(1).*

**Important**
(1) You are encouraged to list multiple traverse hearings on this form.
(2) If a traverse hearing concerns service of process by multiple process servers, please create a separate row for each process server.
(3) Please type into the boxes below and email this report to TraverseReports@dca.nyc.gov as a Microsoft Excel document (not a PDF or JPEG).
(4) PSIs and PSAs must submit separate reports.

| Traverse Hearing Date | PSI's Last Name | PSI's First Name | PSI's License Number | PSA Name | PSA License Number | Date(s) of Service | Plaintiff or Petitioner | Plaintiff or Petitioner's Law Firm | Defendant or Respondent | Defendant or Respondent's Law Firm | Index No. | County of Court | Type of Court | Judge | Result | Name of Person Submitting This Form | Are You Submitting This Form As a PSI or An Authorized Representative for the PSA? | Date That PSA Informed PSI About Scheduled Hearing or Adjournment | Date That PSA Informed PSI of Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| Traverse Hearing Date | PSI's Last Name | PSI's First Name | PSI's License Number | PSA Name | PSA License Number | Date(s) of Service | Plaintiff or Petitioner | Plaintiff or Petitioner's Law Firm | Defendant or Respondent | Defendant or Respondent's Law Firm | Index No. | County of Court | Type of Court | Judge | Result | Name of Person Submitting This Form | Are You Submitting This Form As a PSI or An Authorized Representative for the PSA? | Date That PSA Informed PSI About Scheduled Hearing or Adjournment | Date That PSA Informed PSI of Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2016 | LOUIS | STEEVE F. | 0868091 | CAPITAL PROCESS SERVERS, INC. | 1381942 | 4/21/2008 | CAPITAL ONE BANK (USA), N.A. AS SUCCESSOR IN INTEREST TO CAPITAL ONE BANK, | SELIP & STYLIANOU, LLP | PATRICIA G. LUCERO | N/A | 50793/08 | QUEENS | CIVIL | N/A | ADJOURNED TO 10/19/16 | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | 8/4/2016 | 9/16/2016 |

| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | |

**AFFIDAVIT OF SERVICE**

Index #: __123508/06__

**CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF QUEENS**

Date Purchased: __September 15, 2006__

**QUEENS COUNTY**

Date Filed: _____

Court Date: _____

ATTORNEY(S): THE LAW OFFICES OF COHEN & SLAMOWITZ
ADDRESS: 199 CROSSWAYS PARK DRIVE WOODBURY, NY 11797

PH: 516-364-6006
File No.: 268180

*EMPIRE PORTFOLIOS, INC.*
*vs.*
*PAUL TABAROVSKY*

Plaintiff(s)/Petitioner(s)

OCT 0 6 2006

Defendant(s)/Respondant(s)

STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

_____ STEEVE F. LOUIS _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __September 25, 2006__ at __7:04 PM__, at ▮▮▮▮▮▮▮▮▮▮▮▮, deponent served the within

**SUMMONS AND COMPLAINT**

with Index Number ____123508/06____, and Date Filed _____ endorsed thereon,

on: **PAUL TABAROVSKY**, _____ **Defendant** _____ therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering to and leaving with_____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to ____"JANE DOE" - COTENANT____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ X ] dwelling house (usual place of abode within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X] On ____September 26, 2006____, deponent completed service under the last two sections by depositing a copy of the _____SUMMONS AND COMPLAINT_____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding [ ] Address does not exist    [ ] Other:_____

#7 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__    Color of skin __Olive__    Color of hair __Brown__    Age __36 - 50 Yrs.__    Height __5' 0" - 5' 3"__
Weight __131 - 160 Lbs.__    Other Features:_____

#8 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [X] REFUSED FULL NAME

Sworn to before me on this __26__ day of __September, 2006__

_____     _____     _____
BARBARA A. SHURGIN                                             STEEVE F. LOUIS
NOTARY PUBLIC, State of New York                             Server's Lic # 0868691
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2006                          Invoice•Work Order # 0638192

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX*



## TRAVERSE REPORT FORM FOR PROCESS SERVERS/AGENCIES

**Required Reports**
(1) Both process server individuals ("PSIs") and process serving agencies ("PSAs") must report a scheduled traverse hearing (hearing contesting service) to the Department of Consumer Affairs ("DCA") within 10 days of receiving oral or written notice that such a hearing has been scheduled. *Title 6, Rules of the City of New York, Section 2-236(a).*
(2) Both PSIs and PSAs must *also* report to the Department the final result of a traverse hearing within 10 days of learning the result. *Title 6, Rules of the City of New York, Section 2-236(c)(2).*

**Attempting to Learn the Final Result**
(1) If you do not know the final result of a traverse hearing within 30 days of the scheduled hearing date, you must make a written inquiry to the petitioner/plaintiff or the petitioner/plaintiff's attorney to learn the result.
(2) If you do not receive a response to your written request within 60 days of the scheduled hearing date, you must search the court records for the result.
(3) If you are unable to learn the final result within 90 days of the scheduled hearing date, you must search the court records again for the result.
(4) If you followed steps 1, 2 and 3 and still do not know the final result of the traverse hearing, you must report to DCA, within 100 days of the traverse hearing, that you made a diligent attempt to learn the final result without success. *Title 6, Rules of the City of New York, Section 2-236(c)(1).*

**Important**
(1) You are encouraged to list multiple traverse hearings on this form.
(2) If a traverse hearing concerns service of process by multiple process servers, please create a separate row for each process server.
(3) Please type into the boxes below and email this report to TraverseReports@dca.nyc.gov as a Microsoft Excel document (not a PDF or JPEG).
(4) PSIs and PSAs must submit <u>separate</u> reports.

| Traverse Hearing Date | PSI's Last Name | PSI's First Name | PSI's License Number | PSA Name | PSA License Number | Date(s) of Service | Plaintiff or Petitioner | Plaintiff or Petitioner's Law Firm | Defendant or Respondent | Defendant or Respondent's Law Firm | Index No. | County of Court | Type of Court | Judge | Result | Name of Person Submitting This Form | Are You Submitting This Form As a PSI or An Authorized Representative for the PSA? | Date That PSA Informed PSI About Scheduled Hearing or Adjournment | Date That PSA Informed PSI of Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |

| Traverse Hearing Date | PSI's Last Name | PSI's First Name | PSI's License Number | PSA Name | PSA License Number | Date(s) of Service | Plaintiff or Petitioner | Plaintiff or Petitioner's Law Firm | Defendant or Respondent | Defendant or Respondent's Law Firm | Index No. | County of Court | Type of Court | Judge | Result | Name of Person Submitting This Form | Are You Submitting This Form As a PSI or An Authorized Representative for the PSA? | Date That PSA Informed PSI About Scheduled Hearing or Adjournment | Date That PSA Informed PSI of Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2016 | LOUIS | STEEVE F. | 0868091 | CAPITAL PROCESS SERVERS, INC. | 1381942 | 4/21/2008 | CAPITAL ONE BANK (USA), N.A. AS SUCCESSOR IN INTEREST TO CAPITAL ONE BANK, | SELIP & STYLIANOU, LLP | PATRICIA G. LUCERO | N/A | 50793/08 | QUEENS | CIVIL | N/A | ADJOURNED TO 10/19/16 | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | 8/4/2016 | 9/16/2016 |

| 10/19/2016 | LOUIS | STEEVE F. | 0868691 | CAPITAL PROCESS SERVERS, INC. | 1381942 | 4/21/2008 | CAPITAL ONE BANK (USA), N.A. AS SUCCESSOR IN INTEREST TO CAPITAL ONE BANK, | SELIP & STYLIANOU, LLP | PATRICIA G. LUCERO | N/A | 50793/08 | QUEENS | CIVIL | N/A | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | 9/16/2016 | |
| 10/17/2016 | LOUIS | STEEVE F. | 0868691 | CAPITAL PROCESS SERVERS, INC. | 1381942 | 9/25/2006 | EMPIRE PORTFOLIOS, INC. | SELIP & STYLIANOU, LLP | PAUL TABAROVSKY | N/A | 123508/06 | QUEENS | CIVIL | N/A | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | 9/16/2016 | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |
| | | | | CAPITAL PROCESS SERVERS, INC. | 1381942 | | | | | | | | | | | KELLY GRAHAM | AN AUTHORIZED REPRESENTATIVE FOR THE PROCESS SERVING AGENCY. | | |