Attorney(s)
Index #     **1:18-CV-01806-ARR-VMS**
Purchased/Filed: March 24, 2018
State of New York
Court:      U. S. District
County:     Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

James Gartly

against

Selip & Stylianou LLP fka Cohen & Slamowitz LLP et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other:
Approx. Age: 55 Yrs.

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on April 9, 2018, at 12:15 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in A Civil Action & Complaint

on

**Discover Bank**

the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

9th day of April 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette
Invoice·Work Order # 1809356
Attorney File # **Gartly**