# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  WWW.NEWYORKCONSUMERATTORNEY.COM  Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026  E-mail: ahmad@NewYorkConsumerAttorney.com  Fax: (877) 496-7900

May 13, 2019

VIA ECF
Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re: Joint status letter on arbitration.**
>
> *Gartly v. Selip & Stylianou*, LLP f/k/a Cohen & Slamowitz, LLP and Discover Bank
> **Case No: 1:18-cv-01806-ARR-VMS**

Dear Judge Ross:

The undersigned represent the Plaintiff in this case for violations of the Fair Debt Collections Practices Act ("FDCPA"), New York General Business Law § 349 *et seq.*, and New York Judiciary Act § 487, and against Discover Bank for its violations of New York General Business Law § 349 *et seq.*

The undersigned files this letter jointly with all parties. On November 9, 2018 Your Honor compelled this action to arbitration. Your Honor further ordered the parties to submit a status report to the court on May 9, 2019, and each November 9 and May 9 thereafter, and to inform the court within one week after the conclusion of arbitration.

The parties neglected to file the joint status letter with the Court on May 9, 2019. The parties apologize to the Court for this oversight. The parties will take more care in the future to timely file all future joint status reports. On May 10, 2019 Your Honor issued an ECF Order reminding the parties of their obligations to file the joint status report and that the parties had failed to do so on May 9, 2019. Again, the parties apologize for that error.

As to the status of the arbitration proceedings, a preliminary hearing was conducted on January 31, 2019, followed by a further conference on March 13, 2019. Following this conference, Arbitrator Mark Segall ordered the following:

1. Discovery shall be completed on or before August 1, 2019.
2. Letters requesting a dispositive motion shall be sent on or before August 16, 2019.
3. The arbitration hearing shall take place on October 1, 2019.

Respectfully submitted,

/s/

Ahmad Keshavarz

cc: Defendants via ECF