**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JAMES GARTLY

                               **No. 1:18-cv-01806-ARR-VMS**

                         **Plaintiff,**

         **-against-**

**SELIP & STYLIANOU, LLP f/k/a COHEN**
 **& SLAMOWITZ, LLP and**
**DISCOVER BANK**

                          **Defendants.**
-----------------------------------------------------------------X

### AGREED ORDER OF DISMISSAL

     The Parties have resolved in Arbitration the matters raised in the above captioned lawsuit.

Therefore, the Parties jointly move to dismiss this action with prejudice, and without costs,

disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P.

Rule 41(a)(2).  An executed faxed or scanned copy of this Agreed Order shall be deemed as a

signed original.

**SO ORDERED this _____ day of _____, 2019.**


_____
**Allyne R. Ross**
**United States District Judge**

**AGREED BY:**

**PLAINTIFF JAMES GARTLY**


By:_____/s/_____          Dated: November 5, 2019
       Ahmad Keshavarz
       The Law Office of Ahmad Keshavarz
       Attorney for Plaintiff




**DEFENDANT SELIP & STYLIANOU, LLP and DISCOVER BANK**


By:_____/s/_____       Dated: November 5, 2019
       Lawrence J. Bartel
       Gordon Rees Scully Mansukhani
       Attorney for Defendants